IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-889-D

| | |
|---|---|
| OPTIMA TOBACCO CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| U.S. FLUE-CURED TOBACCO ) | |
| GROWERS, INC., and UETA, INC., ) | |
| ) | |
| Defendants. ) | |

The court has considered the complaint, and each defendant's motion to dismiss under the governing standard. See [D.E. 18, 31]; Fed. R. Civ. P. 12(b)(6). The motions to dismiss [D.E. 18, 31] are DENIED. Whether plaintiff will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This 10 day of April 2017.

JAMES C. DEVER III
Chief United States District Judge