IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-889-D

| | |
|---|---|
| OPTIMA TOBACCO CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| U.S. FLUE-CURED TOBACCO ) | |
| GROWERS, INC., and UETA, INC., ) | |
| ) | |
| Defendants. ) | |

On August 20, 2019, Magistrate Judge Gates granted in part and denied in part defendants' motions to seal [D.E. 95, 103] and directed defendants to file either a proposed redacted version of defendants' memoranda of law in support of their motions for summary judgment with a motion to seal or the unredacted memoranda as public documents [D.E. 108]. On August 27, 2019, defendants filed proposed redacted memoranda [D.E. 109], moved to maintain the unredacted memoranda under seal [D.E. 110], and filed a memorandum in support [D.E. 111]. Plaintiff consents to defendants' motion to seal. See [D.E. 110] ¶ 13.

The court has considered the parties' filings under the governing standard. See Doe v. Pub. Citizen, 749 F.3d 246, 265–66 (4th Cir. 2014). Consistently with Magistrate Judge Gates's order, the court GRANTS defendants' motion to seal [D.E. 110] and directs the clerk to maintain under seal the unredacted memoranda of law [D.E. 91-1, 93, 97-1, 100-1, 102]. The court shall consider those memoranda in ruling on defendants' motions for summary judgment, which remain pending.

SO ORDERED. This 28 day of August 2019.

JAMES C. DEVER, III
United States District Judge