IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO. 5:16-CV-889-D

OPTIMA TOBACCO CORP.,            )
                                 )
        Plaintiff,               )
                                 )
        v.                       )            ORDER
                                 )
U.S. FLUE-CURED TOBACCO          )
GROWERS, INC., and, UETA, INC.,  )
                                 )
        Defendants.              )

        This matter is before the Court on the Joint Motion of Plaintiff Optima Tobacco Corp.

and Defendant UETA, Inc. for a Telephonic Final Pretrial Conference. For good cause shown,

the Joint Motion is GRANTED. IT IS HEREBY ORDERED that the Final Pretrial Conference

in this matter will be held telephonically and that further details will be provided by the Court in

advance of the Conference.


        SO ORDERED, this the _____6_____ day of April, 2020.


                                        _____
                                        James C. Dever III
                                        United States District Judge