IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO. 5:16-CV-889-D

| | |
|---|---|
| OPTIMA TOBACCO CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| U.S. FLUE-CURED TOBACCO ) | |
| GROWERS, INC., and, UETA, INC., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the Consent Motion of Plaintiff Optima Tobacco Corp. to allow the trial testimony of witness James O. Judge by video on July 13, 2020. For good cause shown, the Motion is GRANTED.

IT IS HEREBY ORDERED (1) that Judge is permitted to testify by video at the trial scheduled for July 13, 2020; and (2) that the Court will provide the Parties with additional guidance concerning the technological and software requirements to conduct Judge's testimony by video.

SO ORDERED, this the _____6_____ day of July, 2020.

_____
James C. Dever III
United States District Judge